**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 07-54329 |
| | : | |
| ENGLAND, CAROL | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of $34.88 represent the total sum of unclaimed and small dividends in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Arrow Financial Services<br>Infibank<br>157 Technology Pkwy #900<br>Norcross, GA  30092 | 34 | $18.74 |
| Arrow Financial Services<br>Infibank<br>157 Technology Pkwy #900<br>Norcross, GA  30092 | 35 | $16.14 |
| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 | |
| $0.00 | $34.88 | |

Dated: April 16, 2010           /s/ David M. Whittaker
                                David M. Whittaker, Trustee   (0019307)
                                BRICKER & ECKLER LLP
                                100 South Third Street
                                Columbus, OH  43215
                                Phone:  (614) 227-2355
                                Fax:  (614) 227-2390
                                Email:  dwhittaker@bricker.com

cc:     United States Trustee

3732388v1

Claim 000034, Payment 1.4178%

**BANK OF AMERICA, N.A.**

CHECK NUMBER **135**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 04/16/10 | **********18.74 |

**2385181**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-54329   CKP | Debtor: ENGLAND, CAROL |

UNITED STATES BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS OH 43215

*Eighteen Dollars And 74/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑁000135⑁ ⑆111000012⑆ 4437155773⑁

---

| Date: 04/16/10 | Check Number:  135 | Amount:  18.74 |
|---|---|---|
| Case Number: 07-54329   CKP | | |
| Debtor Name: ENGLAND, CAROL | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215 |
|---|---|---|---|

Description:   Claim 000034, Payment 1.4178%

Bank Account Number:   4437155773

Claim 000035, Payment 1.4176%

**BANK OF AMERICA, N.A.**

CHECK NUMBER **136**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 04/16/10 | **********16.14 |

**2385182**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-54329   CKP | Debtor: ENGLAND, CAROL |

UNITED STATES BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS OH 43215

*Sixteen Dollars And 14/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000136⑈ ⑆111000012⑆ 4437155773⑈

| Date: 04/16/10 | Check Number: 136 | Amount: 16.14 |
|---|---|---|

Case Number: 07-54329   CKP
Debtor Name: ENGLAND, CAROL

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>170 NORTH HIGH STREET<br>COLUMBUS OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description:   Claim 000035, Payment 1.4176%

Bank Account Number:   4437155773